UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 4:18-cv-1713-CDP |
| WESTPORT CRAIG LLC,<br>a Missouri limited liability company | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that the parties have now in fact reached a settlement in principle.  The parties expect to finalize the settlement in the next 14 days.  The undersigned counsel for the Plaintiff apologizes to the Court for the lack of communication after the settlement was delayed.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

Attorney for Plaintiff Fred Nekouee

## CERTIFICATE OF SERVICE

I certify that on February 28, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, and emailed a true and correct copy of the same to counsel for Defendant at the addresses listed below:

Jeffrey D. Lester
jlester@bjpc.com

David P. Bub
dbub@bjpc.com

s/Robert J. Vincze (MO #37687)