UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 4:18-cv-1713-CDP |
| WESTPORT CRAIG LLC, a Missouri limited liability company | : |
| Defendant. | : |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement regarding all matters in this action.

DATE:  March 26, 2019

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and

/s/Jeffrey D. Lester
Jeffrey D. Lester (MO #63028)
David P. Bub (MO #44554)
BROWN & JAME, P.C.
800 Market Street, 11th Floor
St. Louis, Missouri 63101-2501
Phone: 314-421-3400
Fax: 314-421-3128
jlester@bjpc.com
dbub@bjpc.com

*Attorneys for Def. Westport Craig LLC*